COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        In the Interest of J.L.G., Jr., A Child

Appellate case number:    01-17-00129-CV

Trial court case number:   2014-06119J

Trial court:                315th District Court of Harris County

On February 20, 2017, appellant, J.L.G., proceeding pro se, filed a notice of appeal from the "Permanency Hearing Order Before Final Order," signed on January 31, 2017. Because this order appeared to be a non-appealable temporary order, the Clerk of this Court sent a notice to appellant on March 14, 2017, notifying him that, among other things, his appeal was subject to dismissal unless he requested a supplemental clerk's record be filed containing an appealable final order. On March 15, 2017, the district clerk filed a supplemental clerk's record in this Court attaching, among other things, an "Agreed Decree for Termination," signed on February 24, 2017. This termination decree appears to be an appealable order.

Because appellant's notice of appeal, filed on February 20, 2017, was prematurely filed for a non-appealable order, the Court deems it to have been filed on February 24, 2017, the date the appealable order, the termination decree, was signed. *See* TEX. R. APP. P. 27.1(a), 27.2. As this appeal now involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West Supp. 2016). Thus, the Clerk of this Court is directed to note in this Court's records that the notice of appeal was filed on February 24, 2017, and that the compliance deadline has been changed from August 18, 2017 to August 23, 2017.

On March 6, 2017, appellant filed a pro se affidavit of indigency in this Court. Under the Texas Family Code, the trial court is responsible for appointing counsel to represent an indigent parent, like J.L.G., in a parental termination suit, after determining that the parent is indigent, and appointed counsel is to remain as counsel for the duration

of the suit and for any subsequent appeal, unless permitted to withdraw.  *See* TEX. FAM. CODE ANN. § 107.013(a)(1), (d), (e) (West Supp. 2016).

Although the clerk's record contains an order, signed on September 28, 2015, granting a motion to withdraw filed by appellant's prior counsel, John S. Maisel, there does not appear to be a subsequent order appointing counsel for appellant.  Because this Court lacks authority to appoint counsel, the Court construes the appellant's affidavit of indigency as a motion to abate this appeal for the trial court to consider whether to appoint appellate counsel, and **grants** it.  *See, e.g.*, *Reed v. Tex. Dep't of Crim. Justice-Instit. Div.*, No. 01-02-00734-CV, 2003 WL 21545122, at *1 (Tex. App.—Houston [1st Dist.] July 10, 2003, no pet.) (mem. op.) (construing motion for appointment of counsel as request to abate for trial court to appoint appellate counsel).

Accordingly, the Court sua sponte **abates** this appeal for the trial court to hold a hearing to determine whether appellant, J.L.G., is indigent, after filing the attached appellant's affidavit of indigency in the trial court and, if so, to enter an order appointing appellate counsel.  *See* TEX. FAM. CODE ANN. §§ 107.013, 107.016(2) (West Supp. 2016); *In re M.V.G.*, 285 S.W.3d 573, 575–76 (Tex. App.—Waco 2009, order).  Any hearing shall be conducted **within 15 days** of this Order and the district clerk shall file a supplemental clerk's record containing any orders **within 20 days** of the date of this Order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.  The appeal will be reinstated on this Court's active docket when the supplemental clerk's record complying with this Order is filed with this Court.

It is so ORDERED.

Judge's signature:    /s/ Laura Carter Higley
                      ☒  Acting individually     ☐  Acting for the Court

Date:  March 21, 2017

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 06 2017

CHRISTOPHER A. PRINE
CLERK _____

Cause Number: 01-17-00129-CV

*(The Clerk's office will fill in the Cause Number when you file this form.)*

| | | |
|---|---|---|
| Petitioner/ Plaintiff | JORDAN LARRY GARCIA | In the *(check one):* |

In the *(check one):*

FIRST *(Court Number)*

☒ District Court
☐ County Court at Law
☐ Justice of the Peace

Respondent/ Defendant  DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  HARRIS *(County)*  County, Texas

## Affidavit of Indigency
### *(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public *or* 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

You can be prosecuted if you lie on this form.

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is  JORDAN LARRY GARCIA     My phone number is  846 · 901 6304

"My mailing address is  7915 PEACHTREE ST HOUSTON TEXAS 77016

"My email address is  JG911044@GMAIL.COM

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form. *Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income*

② **"I receive these public benefits/government entitlements that are based on indigency:**

☐ SSI  ☐ WIC  ☒ Food Stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ AABD
☐ Needs-based VA Pension  ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help")  ☐ Community Care via DADS  ☐ Low-Income Energy Assistance
☐ Emergency Assistance  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing  ☐ Other: *(Describe)* _____

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ **"My income sources are stated below.** *(Check all that apply)*

☐ Unemployed since: *(date)* _____ -or-
☒ Wages: I work as a  GARDENER  for  SAINT CLAIR & SON
             *Your job title*          *Your employer*

☐ Child/spousal support ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☐ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: _____
                                                                    *(describe)*

④ **"My income amounts are stated below.**

| | | | |
|---|---|---|---|
| (a) My monthly net income *after taxes* are taken out is: | Total income *after taxes* → | $ | 1100.00 |
| (b) The amount I receive each month in public benefits is: | Total amount received → | + $ | |
| (c) The amount of income from other people in my household is:* | Total amount received → | + $ | |
| (d) The amount I receive each month from other sources is: | Total amount received → | + $ | |
| (e) My TOTAL monthly income is | Add all sources of income above → | = $ | 1100.00 |

*List this income only if other members contribute to your household income.*

© TexasLawHelp.org - Affidavit of Indigency, February 2014

Page 1 of 2

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | VICTORIA PEDRAZA | 19 | WIFE |
| 2 | NOHA GARCIA | I MONTH 2 WEEKS | SON |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

⑥ "My **property** includes:

| | Value* |
|---|---|
| Cash | $ 38.00 |
| Bank accounts, other financial assets (List) | |
| | $ |
| | $ |
| | $ |
| Vehicles (cars, boats) (List make and year) | |
| | $ 0 |
| | $ |
| | $ |
| Real estate (house or land) (Do not list the house you live in.) | |
| | $ 0 |
| | $ |
| Other property (like jewelry, stocks, etc.) (Describe) | |
| | $ 0 |
| | $ 0 |

**Total value of property →** = $ 38.00

⑦ "My monthly **expenses** are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ 400.00 |
| Food and household supplies | $ |
| Utilities and telephone | $ 80.00 |
| Clothing and laundry | $ 160.00 |
| Medical and dental expenses | $ |
| Insurance (life, health, auto, etc) | $ |
| School and child care | $ |
| Vehicle payments | $ |
| Gas, bus fare, auto repair | $ |
| Child / spousal support | $ |
| Wages withheld by court order | $ |
| Debt payments | $ |
| Other expenses (Describe) | $ |
| | $ |
| | $ |
| | $ |

**Total monthly Expenses →** = $ 640.00

⑧ "My **debts** include:

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." **Check here if you attach another page.** X

⑨ **"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."**

⑩ **Your Signature.** You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.

▶ _[signature]_

03/06/2017

State of Texas

County of Harris
Print the name of county where this Affidavit is notarized

Sworn to and subscribed before me today, 6th , by March 2017

▶ _[notary signature]_
Print name of person who is signing this Affidavit
NOT the notary's name

TIM NGUYEN
My Notary ID # 126464208
Expires March 28, 2020

© TexasLawHelp.org — Affidavit of Indigency, February 2014



# Your Texas Benefits

Learn    Apply    Manage

Help | Español |    Victoria Pedraza ▾    | Log Out

‹ BACK TO ACCOUNT SUMMARY

REPORT A CHANGE    UPLOAD FILES    LONE STAR CARD INFO

**Case details: 1027348191**

**SNAP**

| Status | Members | Start date | Renewal date | Time to renew | Benefits |
|--------|---------|------------|--------------|---------------|----------|
| Approved | Jordan Garcia Victoria Pedraza Noah Garcia | 01-01-2017 | 06-30-2017 | No | 343.00 |

**Medicaid**

| Status | Members | Start date | Renewal date | Time to renew | Healthcare.gov |
|--------|---------|------------|--------------|---------------|----------------|
| Approved | Noah Garcia | 01-23-2017 | 01-31-2018 | No | |
| Denied | Victoria Pedraza | 06-01-2016 | 03-31-2017 | No | 04-22-2016 |
| Denied | Victoria Pedraza | | | No | 04-22-2016 |

TEXAS Health and Human Services Commission

Internet Policy    Find an Office    Partner Login    Get a Paper Form    Contact HHSC
Civil rights    Privacy Policy    Compact with Texans    Texas.gov